```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| STEVEN P. FLEMING, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 11-7443 (JBS/AMD) |
| v. | |
| ANCORA PSYCHIATRIC HOSPITAL, et al., | **ORDER** |
| Defendants. | |

Before the Court is a motion to dismiss brought by Defendants Allen Boyer and David Roat [Docket Item 9] and Plaintiff Fleming's motion for default of court. [Docket Item 10.] The Court having reviewed the submissions of the parties in support of and in opposition to these motions; and for reasons set forth in the Opinion of today's date;

IT IS, this **12th** day of **March**, **2013** hereby

ORDERED that all claims against Defendant Ancora Psychiatric Hospital are DISMISSED, pursuant to Rule 4(m), Fed. R. Civ. P.; such dismissal is with prejudice to reopening; and it is further

ORDERED that all claims against Defendant Allen Boyer and David Roat are DISMISSED with prejudice; and it is further

ORDERED that Plaintiff's motion for default is DENIED; and it is further

ORDERED that the Clerk close the case on the docket.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge