IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STEVEN P. FLEMING, | : | HON. JEROME B. SIMANDLE |
| Plaintiff, | : | Civil No. 11-7443 (JBS/AMD) |
| v. | : | |
| ANCORA PSYCHIATRIC HOSPITAL, et al., | : | **ORDER** |
| Defendants. | : | |

Before the Court is Plaintiff Steven P. Fleming's motion for reconsideration. [Docket Item 18.] The Court having reviewed the submissions of the parties in support of and in opposition to these motions; and for reasons set forth in the Memorandum Opinion of today's date;

IT IS, this __**16th**__ day of __**October**__, **2013** hereby

ORDERED that the Clerk reopen this case on the docket; and it is further

ORDERED that the motion for reconsideration is DENIED; and it is further

ORDERED that the Clerk close the case on the docket.


__**s/ Jerome B. Simandle**__
JEROME B. SIMANDLE
Chief U.S. District Judge